944

No. 11–160.  MARRO v. FAUQUIER HOSPITAL, INC.  Sup. Ct. Va. Certiorari denied.

No. 11–165.  RIFFIN v. MARYLAND DEPARTMENT OF THE ENVIRONMENT.  Ct. Sp. App. Md.  Certiorari denied.

No. 11–167.  SARKIS v. LAJCAK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–170.  FLORIDA v. MANUEL.  Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–171.  OSMOLSKI ET AL. v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 11–172.  JEAN-GILLES v. GILLES.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 11–177.  ALT ET AL. v. ROBERTSON STEPHENS GROUP, INC. C. A. 1st Cir.  Certiorari denied.

No. 11–180.  KORNIAWAN v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir.  Certiorari denied.

No. 11–194.  SASSER ET AL. v. SECURITIES AND EXCHANGE COMMISSION ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–196.  GODFREY v. DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir.  Certiorari denied.

No. 11–197.  FRENCH ET AL. v. ALLSTATE INDEMNITY CO. C. A. 5th Cir.  Certiorari denied.

No. 11–198.  ROJAS NIETO v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir.  Certiorari denied.

No. 11–209.  BHAMA v. MERCY MEMORIAL HOSPITAL CORP. C. A. 6th Cir.  Certiorari denied.

